**Max CAYTON, Appellant, v. Merton A. ENGLISH, Appellee.**

Court of Appeals of District of Columbia.

Submitted November 9, 1927. Decided December 5, 1927.

No. 4557.

Alex Wolf, Nathan Cayton, and T. M. Wampler, all of Washington, D. C., for appellant.

P. B. Morehouse and R. L. Williams, both of Washington, D. C., for appellee.

Before MARTIN, Chief Justice, and ROBB and VAN ORSDEL, Associate Justices.

ROBB, Associate Justice. The plaintiff, appellant here, is the husband of the plaintiff and appellant in appeal No. 4556, 57 App. D. C. ——, 23 F.(2d) 745, just decided, and brought this action for loss of services. The decision in the preceding case being controlling here, the judgment is affirmed, with costs.

Affirmed.